■ RICHARD DAWE, Individually and as President of the Three Village Teachers' Association, Inc., Respondent, v BOARD OF EDUCATION OF THE THREE VILLAGE CENTRAL SCHOOL DISTRICT, Appellant, et al., Defendant. — Order of

the Supreme Court, Suffolk County (Lama, J.), dated March 7, 1983, affirmed insofar as appealed from, with costs. (See *Rovello v Orofino Realty Co.,* 40 NY2d 633; *MacKay v Pierce,* 86 AD2d 655.) Gibbons, J. P., O'Connor, Boyers and Lawrence, JJ., concur.